| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>KEELEY, IRENE M | 2. Court or Organization<br><br>USDC NORTHERN DISTRICT OF WV | 3. Date of Report<br><br>5/28/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF WV<br>PO BOX 2808, CLARKSBURG, WV | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CHAIR | PRESIDENT'S HOUSE COMMITTEE, WEST VIRGINIA UNIVERSITY |
| 2. PRESIDENT ELECT | FEDERAL JUDGES ASSOCIATION |
| 3. BOARD MEMBER | CATHOLIC FOUNDATION OF DIOCESE OF WHEELING-CHARLESTON,WV |
| 4. BOARD MEMBER | AMERICAN JUDICATURE SOCIETY |
| 5. CHAIR,NOMINATIONS COMMITTEE | NAT'L CONFERENCE OF FEDERAL TRIAL JUDGES,JUDICIAL DIVISION, AMERICAN BAR ASS'N |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 10 A 10: 5 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>KEELEY, IRENE M | Date of Report<br><br>5/28/2004 |
| --- | --- | --- |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom
☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)
☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2003 | GROUND BREAKERS INC - PRESIDENT |
| 2. | 2003 | CLARKSBURG WATER BOARD - MEMBER |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | AMERICAN BAR ASS'N | 2/5-2/6/03 PROFESSIONAL ASS'N MEETING IN SEATTLE,WA(TRAVEL,MEALS &ROOM) |
| 2. | AMERICAN BAR ASS'N | 2/7-2/9/03 PROFESSIONAL ASS'N MEETING IN SEATTLE,WA(TRAVEL,MEALS&ROOM) |
| 3. | AMERICAN BAR ASS'N | 4/30/03 PROFESSIONAL ASS'N MEETING IN WASHINGTON,DC(TRAVEL & MEALS) |
| 4. | AMERICAN BAR ASS'N | 5/1-5/3/03 PROFESSIONAL ASS'N MEETING IN ASPEN,CO(TRAVEL,MEALS & ROOM) |
| 5. | FEDERAL JUDGES ASS'N | 5/4-5/5/03 PROFESSIONAL ASS'N MEETING WASHINGTON,DC(TRAVEL,MEALS&ROOM) |
| 6. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>KEELEY, IRENE M | Date of Report<br><br>5/28/2004 |
| --- | --- | --- |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | BB&T | PERSONAL GUARANTOR CORP LOC | O |
| 2. | ST PAUL COMPANIES | PERSONAL GUARANTOR CONST BONDS | P1 |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 5/28/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK ONE ACCOUNTS | A | Interest | L | T | | | | | |
| 2. BB&T ACCOUNT | A | Interest | J | T | | | | | SEE PART VIII ADD'L INFO |
| 3. HUNTINGTON NATL BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 4. NOTE RECEIVABLE GROUND BREAKERS INC | E | Interest | M | T | | | | | |
| 5. GROUND BREAKERS INC COMMON STOCK | A | Dividend | P1 | U | | | | | |
| 6. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | K | T | | | | | |
| 7. PROGRESS ENERGY INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. CHEVRONTEXACO CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 9. DUQUESNE LIGHT COMMON STOCK | B | Dividend | K | T | | | | | |
| 10. EXXON MOBIL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. DYNEGY INC NEW ILL CL A COMMON STOCK | | None | J | T | | | | | |
| 12. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | C | Interest | K | T | | | | | |
| 13. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | E | Interest | N | T | | | | | |
| 14. REAL ESTATE-SHOP AND EQUIPMENT YARD CLARKSBURG WV | D | Rent | M | W | | | | | |
| 15. EARTH MOVING RENTAL EQUIPMENT | G | Rent | N | W | | | | | |
| 16. IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 17. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 18. WISC HSG & ECON DEV AUTH TAX EXEMPT BONDS | A | Interest | J | T | REDEMPTION | 04/03 | J | A | SEE PART VIII ADDL INFO |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | | | |
|---|---|---|---|
| Name of Person Reporting | | Date of Report | |
| KEELEY, IRENE M | | 5/28/2004 | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | BELLSOUTH CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. | FRIEDMAN, BILLINGS AND RAMSEY COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. | CITIGROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. | SBC COMMUNICATIONS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 23. | WORKING INTEREST▮▮ TRAVIS, DODDRIDGE CTY, WV | A | Royalty | J | U | | | | | |
| 24. | WORKING INT▮▮LOWTHER &▮▮ MCQUAID HARRISON CTY, WV | A | Royalty | K | U | | | | | |
| 25. | WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. | RESIDENTIAL RENTAL CLARKSBURG WV | A | Rent | M | R | | | | | |
| 27. | APPLIED MICRO CIRCUITS COMMON STOCK | | None | J | T | | | | | |
| 28. | APPLIED MATERIAL INC COMMON STOCK | | None | J | T | | | | | |
| 29. | BANK OF AMERICA CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. | CIENA CORP COMMON STOCK | | None | J | T | | | | | |
| 31. | EDISON INTL CALIF COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. | HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 33. | OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 34. | NOTE RECEIVABLE GREENWOOD LAND COMPANY | C | Interest | J | T | PAID OFF | 08/16 | K | | SEE PART VIII ADD'L INFO |
| 35. | THE OFFICE PROPERTIES LLC | | None | N | U | | | | | |
| 36. | TRAVELERS PROPERTY CASUALTY CORP | A | Dividend | J | T | BUY | 11/05 | J | | SEE PART VIII ADD'L INFO |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2.500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 5/28/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. WORKING INTEREST ▮▮ WINDON HARRISON CTY WV | A | Royalty | J | U | BUY | 02/06 | J | | SEE PART VIII ADD'L INFO |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART VII - INVESTMENTS AND TRUSTS,LINE 2- BB& T ACCOUNT CLOSED 1/6/03

PART VII - INVESTMENTS AND TRUSTS,LINE 18 - REDEMPTION OF BALANCE OF WISC HSG & ECON DEV AUTH TAX EXEMPT BOND ON 4/3/03

PART VII - INVESTMENTS AND TRUSTS,LINE 34 - FINAL PAYMENT OF PRINCIPAL AND INTEREST RECEIVED ON 8/16/03

PART VII - INVESTMENTS AND TRUSTS,LINE 36 - SHARES ISSUED AS RESULT OF ST PAUL COMPANY AND TRAVELERS COMPANY MERGER

PART VII - INVESTMENTS AND TRUSTS,LINE 37 - ACQUISITION OF WORKING INTEREST IN OIL AND GAS WELLS FROM DIVERSIFIED RESOURCES, INC IN SPRING 2003

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KEELEY, IRENE M | 5/28/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date _May 30, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
